# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TWO ROADS DEVELOPMENT LLC, TRILAR HOLDINGS LLC, and FLAGLER SOUTH DEVELOPMENT LLC<br><br>Plaintiffs,<br><br>v.<br><br>PALM BEACH ATLANTIC UNIVERSITY INC., FRISBIE GROUP LLC, FH3 LLC, WILLIAM M.B. FLEMING, JR., PATRICK C. KOENIG, DAVID W. FRISBIE, ROBERT N. FRISBIE JR., and CODY S. CROWELL,<br><br>Defendants. | Case No.: 9:21-cv-82067 – AMC |

## DEFENDANTS' MOTION FOR STATUS CONFERENCE

Defendants Palm Beach Atlantic University Inc., Frisbie Group LLC, FH3 LLC, William M.B. Fleming, Jr., Patrick C. Koenig, David W. Frisbie, Robert N. Frisbie Jr. and Cody S. Crowell ("Defendants"), respectfully request a Status Conference with the Court. In support thereof, Defendants state as follows:

1. Plaintiffs initiated this action on November 12, 2021 [DE 1] and filed their Amended Complaint on December 1, 2021 [DE 11]. Defendants were served via email through counsel on December 2, 2021 as agreed to by the parties and set forth in the Joint Stipulation of Service of Summons and Complaint filed December 14, 2021 [DE 18].

2. On January 19, 2022, Plaintiffs and Defendants filed their Joint Scheduling Report [DE 39] setting forth the parties' proposed deadlines. To date, the Court has not entered its Scheduling Order pursuant to Local Rule 16.1(b)(3).

3. Defendants request a Status Conference to reevaluate and discuss appropriate pretrial deadlines based on the status of the litigation and the Court's ruling(s) that may be forthcoming on any of the pending motions discussed below.

4. The following motions are fully briefed and the parties are awaiting a ruling:

(1) Defendants' Motion and Memorandum of Law in Support of Their Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim Upon Which Relief can be Granted filed January 18, 2022 [DE 38], Plaintiffs' opposition [DE 51], Defendants' reply [DE 54] and heard on April 6, 2022 [DE 55];

(2) Plaintiffs' Motion to Compel Discovery from Defendants filed July 10, 2022 [DE 56], Defendants' opposition [DE 64], and Plaintiffs' reply [DE 65]; and

(3) Defendants' Motion for Leave to File Supplemental Memorandum of Law in Support of their Motion to Dismiss Plaintiffs' Specific Performance Claim filed September 2, 2022 [DE 66], Plaintiffs' opposition [DE 68], and Defendants' reply [DE 69].

5. The Court's rulings on these pending motions could greatly impact the nature and scope of the litigation, including whether the Court maintains jurisdiction; the scope of discovery; the case management track, scheduling order, and time required for trial; the need for possible appearance in the action of additional parties and/ or for counterclaims; and all other aspects of pretrial management. Therefore, Defendants request a Status Conference to discuss these pending motions and their impact on the Court's Scheduling Order.

WHEREFORE, Defendants respectfully request that the Court set a Status Conference to review the above pending matters and any other matters the Court deems proper.

**COMPLIANCE WITH LOCAL RULE 7.1(A)(3)**

On October 17, undersigned counsel conferred with Plaintiffs' counsel per the Local Rules and Plaintiffs' counsel indicated they would not agree to join in the motion.

Date:  October 19, 2022                                    Respectfully submitted,

| | |
|---|---|
| **JONES FOSTER P.A.**<br>505 South Flagler Drive, Suite 1100<br>West Palm Beach, Florida 33401<br>Tel.: (561) 659-3000<br>Fax: (561) 650-5300<br>shawkins@jonesfoster.com<br><br>By: /s/ Scott Hawkins<br>    Scott Hawkins, Esquire<br><br>*Counsel for Defendants Palm Beach Atlantic University Inc., William M.B. Fleming, Jr., and Patrick C. Koenig*<br><br>**ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, California 90067<br>Tel.: (310) 274-7100<br>Fax: (310) 275-5697<br>egeorge@egcfirm.com<br>kwesley@egcfirm.com<br>rkeech@egcfirm.com<br>spolatoglu@egcfirm.com<br><br>By: /s/ Eric M. George<br>    Eric M. George (*pro hac vice*)<br>    Keith J. Wesley (*pro hac vice*)<br>    Ryan Q. Keech (*pro hac vice*)<br>    Serli Polatoglu (*pro hac vice*)<br><br>*Counsel for Defendants Palm Beach Atlantic University Inc., Frisbie Group LLC, FH3 LLC, William M.B. Fleming, Jr., Patrick C. Koenig, David W. Frisbie, Robert N. Frisbie, Jr., and Cody Crowell* | **SHUBIN & BASS, P.A.**<br>46 S.W. First Street, Third Floor<br>Miami, Florida 33130<br>Tel.: (305) 381-6060<br>Fax: (305) 381-9457<br>jshubin@shubinbass.com<br>dfalce@shubinbass.com<br>jkatz@shubinbass.com<br><br>By: /s/ John K. Shubin<br>    John K. Shubin, Esquire<br>    Deana D. Falce, Esquire<br>    Jamie L. Katz, Esquire<br><br>*Counsel for Defendants Frisbie Group LLC, FH3 LLC, David W. Frisbie, Robert N. Frisbie, Jr., and Cody Crowell* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all Counsel of Record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

  /s John K. Shubin  
John K. Shubin, Esq.

## SERVICE LIST

Scott Hawkins, Esquire
**JONES FOSTER P.A.**
505 South Flagler Drive, Suite 1100
West Palm Beach, Florida 33401
Tel.: (561) 659-3000
Fax: (561) 650-5300
shawkins@jonesfoster.com

*Counsel for Defendants Palm Beach Atlantic University Inc., William M.B. Fleming, Jr., and Patrick C. Koenig*

Eric M. George (*pro hac vice*)
Keith J. Wesley (*pro hac vice*)
Ryan Q. Keech (*pro hac vice*)
Serli Polatoglu (*pro hac vice*)
**ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Tel.: (310) 274-7100
Fax: (310) 275-5697
egeorge@egcfirm.com
kwesley@egcfirm.com
rkeech@egcfirm.com
spolatoglu@egcfirm.com

*Counsel for Defendants Palm Beach Atlantic University Inc., Frisbie Group LLC, FH3 LLC, William M.B. Fleming, Jr., Patrick C. Koenig, David W. Frisbie, Robert N. Frisbie, Jr., and Cody Crowell*

Sean C. Domnick, Esquire
Matthew T. Christ, Esquire
**DOMNICK CUNNINGHAM & WHALEN**
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, FL 33410
Tel.: (561) 625-6260
Fax: (561) 625-6269
mtc@dcwlaw.com
sean@dcwlaw.com

*Counsel for Plaintiffs Two Roads Development LLC, Trilar Holdings LLC and Flagler South Development LLC*

Reed Brodsky (*pro hac vice*)
Akiva Shapiro (*pro hac vice*)
Diane Chan (*pro hac vice*)
Michael McQueeney (*pro hac vice*)
Catherine McCaffrey (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Tel.: (212) 351-4000
Fax: (212) 351-6235
RBrodsky@gibsondunn.com
AShapiro@gibsondunn.com
DChan@gibsondunn.com
MMcQueeney@gibsondunn.com
CMcCaffrey@gibsondunn.com

*Counsel for Plaintiffs Two Roads Development LLC, Trilar Holdings LLC and Flagler South Development LLC*