UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA WEST PALM BEACH DIVISION

CASE NO. 9:21-CV-82067-CIV (CANNON)

TWO ROADS DEVELOPMENT LLC, TRILAR HOLDINGS LLC, and FLAGLER SOUTH DEVELOPMENT LLC,

Plaintiffs,

v.

PALM BEACH ATLANTIC UNIVERSITY INC., FRISBIE GROUP LLC, FH3 LLC, WILLIAM M.B. FLEMING, JR., PATRICK C. KOENIG, DAVID W. FRISBIE, ROBERT N. FRISBIE JR., and CODY S. CROWELL,

Defendants.

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR STATUS CONFERENCE**

Plaintiffs Two Roads Development, LLC ("Two Roads"), Trilar Holdings LLC ("Trilar") and Flagler South Development LLC (together with Two Roads and Trilar, "Plaintiffs"), respectfully submit this short opposition to Defendants' request for a Status Conference. A Status Conference with the Court is not necessary at this time. The parties have fully briefed Defendants' motion to dismiss (*see* ECF 38, 51, 54) and Plaintiffs' motion for discovery (*see* ECF 56, 58, 60-65). There is no further relevant discussion relating to the Defendants' motion or Plaintiff's motion. Defendants' motion for a Status Conference is similar to Defendants'

relatively recent motion for a stay of discovery, *see* ECF 58, which this Court outright rejected. ECF 63.  Defendants should not dictate how this Court manages its docket and/or the schedule. Since discovery is proceeding, and progress is being made, there is no need to have a Status Conference at this time.

***Certificate of Service on Next Page***

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 24, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all Counsel of Record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  *Sean C. Domnick*
DOMNICK CUNNINGHAM & WHALEN
 Sean C. Domnick, Esq.
  sean@dcwlaw.com
 Matthew T. Christ, Esq.
  mtc@dcwlaw.com
 2401 PGA Boulevard, Suite 140
 Palm Beach Gardens, FL 33410
 Telephone: (561) 625-6260
 Facsimile: (561) 625-6269

GIBSON, DUNN & CRUTCHER LLP
 Reed Brodsky, Esq.
  RBrodsky@gibsondunn.com
  (*pro hac vice*)
 Akiva Shapiro, Esq.
  AShapiro@gibsondunn.com
  (*pro hac vice*)
 Catherine Mccaffrey, Esq.
  CMcCaffrey@gibsondunn.com
  (*pro hac vice*)
 Michael McQueeney, Esq.
  MMcQueeney@gibsondunn.com
  (*pro hac vice*)
 200 Park Avenue
 New York, NY 10166-0193
 Telephone: (212) 351-4000
 Facsimile: (212) 351-6235

*Attorneys for Plaintiffs Two Roads Development LLC, Trilar Holdings LLC and Flagler South Development LLC*

# SERVICE LIST

*Two Roads Development LLC, et al. v. Palm Beach Atlantic University Inc., et al.*
USDC, Southern District of Florida - Case No. 9:21-cv-82067-AMC

Scott Hawkins, Esquire
**JONES FOSTER P.A.**
505 South Flagler Drive, Suite 1100
West Palm Beach, Florida 33401
Tel.: (561) 659-3000
Fax: (561) 650-5300
shawkins@jonesfoster.com

*Counsel for Defendants Palm Beach Atlantic University Inc., William M.B. Fleming, Jr., and Patrick C. Koenig*

Eric M. George (*pro hac vice*)
Keith J. Wesley (*pro hac vice*)
Ryan Q. Keech (*pro hac vice*)
Serli Polatoglu (*pro hac vice*)
**ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Tel.: (310) 274-7100
Fax: (310) 275-5697
egeorge@egcfirm.com
kwesley@egcfirm.com
rkeech@egcfirm.com
spolatoglu@egcfirm.com

*Counsel for Defendants Palm Beach Atlantic University Inc., Frisbie Group LLC, FH3 LLC, William M.B. Fleming, Jr., Patrick C. Koenig, David W. Frisbie, Robert N. Frisbie, Jr., and Cody Crowell*

John K. Shubin, Esquire
Deana D. Falce, Esquire
Jamie L. Katz, Esquire
**SHUBIN & BASS, P.A.**
46 S.W. First Street, Third Floor
Miami, Florida 33130
Tel.: (305) 381-6060
Fax: (305) 381-9457
jshubin@shubinbass.com
dfalce@shubinbass.com
jkatz@shubinbass.com
*Counsel for Defendants Frisbie Group LLC, FH3 LLC, David W. Frisbie, Robert N. Frisbie, Jr., and Cody Crowell*

Sean C. Domnick, Esquire
Matthew T. Christ, Esquire
**DOMNICK CUNNINGHAM & WHALEN**
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, FL 33410
Tel.: (561) 625-6260
Fax: (561) 625-6269
mtc@dcwlaw.com
sean@dcwlaw.com

Reed Brodsky (*pro hac vice*)
Akiva Shapiro (*pro hac vice*)
Cate McCaffrey (*pro hac vice*)
Michael McQueeney (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Tel.: (212) 351-4000
Fax: (212) 351-6235
RBrodsky@gibsondunn.com
AShapiro@gibsondunn.com
CMcCaffrey@gibsondunn.com
MMcQueeney@gibsondunn.com

*Counsel for Plaintiffs Two Roads Development LLC, Trilar Holdings LLC and Flagler South Development LLC*