UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-82067-AMC/BER

TWO ROADS DEVELOPMENT LLC,
TRILAR HOLDINGS LLC, and
FLAGLER SOUTH DEVELOPMENT LLC

Plaintiffs,

v.

PALM BEACH ATLANTIC UNIVERSITY
INC. et al,

Defendants.

_____/

**OMNIBUS ORDER ON PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANTS AND PLAINTIFFS' MOTION FOR LEAVE TO FILE A NOTICE OF SUPPLEMENTAL FACTUAL DEVELOPMENT IN SUPPORT OF THE MOTION TO COMPEL [ECF NOS. 56, 73]**

Plaintiffs Two Roads Development LLC, Trilar Holdings LLC, and Flagler South Development LLC ("Plaintiffs") seek to compel three categories of documents from Defendants Palm Beach Atlantic University, Inc. ("PBAU"), Frisbie Group LLC ("Frisbie Group"), and FH3 LLC ("FH3") (collectively "Defendants") ("Motion to Compel").[1] ECF No. 56. In support of their Motion to Compel, Plaintiffs subsequently filed a Motion for Leave to File a Notice of Supplemental Factual Development

---

[1] Plaintiffs' Motion to Compel states that it seeks to compel Defendants PBAU, Frisbie Group, FH3, William Fleming, Patrick Koenig, David Frisbie, Robert Frisbie Jr., and Cody Crowell to produce certain documents, but only refers to Requests for Production directed to PBAU, Frisbie Group, and FH3. ECF No. 56 at 5, 8.

("Motion for Leave to File Supplement"). ECF No. 73. I have reviewed Plaintiffs'
Motion to Compel (ECF No. 56), Defendants' corresponding Response (ECF No. 64),
and Plaintiffs' Reply (ECF No. 65), as well as Plaintiffs' Motion for Leave to File
Supplement (ECF No. 73), Defendants' corresponding Response (ECF No. 77), and
Plaintiffs' Reply (ECF No. 78). I conducted a hearing on Plaintiffs' Motion to Compel
on February 13, 2023. This order memorializes my rulings on Plaintiffs' Motion to
Compel and resolves Plaintiffs' Motion for Leave to File Supplement.

For the reasons stated on the record, Plaintiffs' Motion for Leave to File
Supplement was granted in part and denied in part.

Plaintiffs' Motion to Compel was granted in part and denied in part as follows.
The first category of documents Plaintiffs sought to compel related to Defendants'
personal and business relationships, and correspond to Plaintiffs' First Set of
Requests for Production ("RFP") to PBAU No. 20, Plaintiffs' First RFP to Frisbie
Group No. 19 (erroneously numbered as No. 18), and Plaintiffs' First RFP to FH3
No. 18. I sustained Defendants' objection to the production of documents related to
all of Defendants' personal relationships with one another as overbroad and not
proportional to the needs of the case, without prejudice to Plaintiffs issuing a
narrower request. As the Defendants withdrew their objection to producing
documents related to their business relationships with one another, I ordered the
production of those documents. I further ordered Defendants to provide amended
responses to the requests at issue in a manner compliant with the Federal Rules of
Civil Procedure.

2

The second category of documents Plaintiffs sought to compel related to Defendants' development deals or partnerships with one another, and correspond to Plaintiffs' First RFP to PBAU No. 21, Plaintiffs' First RFP to Frisbie Group No. 20 (erroneously numbered as No. 19), and Plaintiffs' First RFP to FH3 No. 19. I overruled Defendants' objections insofar as Defendants objected to producing documents related to specific development deals or partnerships that Defendants entered into with one another, beyond hypothetical potential partnerships that failed to go beyond the discussion stage, and ordered Defendants to produce any such documents. I further ordered Defendants to provide amended responses to the requests at issue in a manner compliant with the Federal Rules of Civil Procedure.

The third category of documents Plaintiffs sought to compel related to Defendants' text messages with one another, and correspond to Plaintiffs' First RFP to PBAU No. 3 and Plaintiffs' First RFP to Frisbie Group No. 2. Specifically, Plaintiffs sought the production of all text messages that met the following criteria:

> [T]he text message included (as a sender or recipient) at least one of three specific PBA representatives (Patrick Koenig, William Fleming, and Jim Jenkins) and at least one of three specific Frisbie Group representatives (Cody Crowell, David Frisbie, and Robert Frisbie Jr.), and was sent between January 1, 2015 and August 1, 2020, between May 1 and May 30, 2021, or between November 1 and November 30, 2021.

ECF No. 56 at 16. I overruled Defendants' objections for the reasons stated on the record and ordered the production of the requested documents, with one caveat. With respect to the text messages sent between May 1 and May 30, 2021, and November 1 and November 30, 2021, Defendants need only produce the text messages between

the requested individuals that relate to the specific transaction at issue in the Complaint. I further ordered Defendants to provide amended responses to the requests at issue in a manner compliant with the Federal Rules of Civil Procedure.

Finally, to the extent any party believes it is entitled to attorneys' fees and costs for time spent litigating the Motions, I granted the parties leave to file separate motions briefing that issue.

Defendants shall comply with the deadlines set forth below. The parties may mutually agree to extend these deadlines without Court intervention.

- **On or before March 7, 2023**, Defendant PBAU shall provide amended responses to Plaintiffs' First RFP Nos. 3, 20 and 21; Defendant Frisbie Group shall provide amended responses to Plaintiffs' First RFP Nos. 2, 19 (erroneously marked as No. 18), and 20 (erroneously marked as No. 19); and Defendant FH3 shall provide amended responses to Plaintiffs' First RFP Nos. 18 and 19.

- **On or before March 7, 2023**, Defendant PBAU shall produce documents responsive to Plaintiffs' First RFP Nos. 20 and 21 as limited in this Order; Defendant Frisbie Group shall produce documents responsive to Plaintiffs' First RFP Nos. 19 (erroneously numbered as No. 18) and 20 (erroneously numbered as No. 19) as limited in this Order; and FH3 shall produce documents responsive to Plaintiffs' First RFP Nos. 18 and 19 as limited in this Order. Defendants PBAU and Frisbie Group shall also produce all text messages sent between May 1 and

4

May 30, 2021, and November 1 and November 30, 2021, that relate to the specific transaction at issue in the Complaint and include (as a sender or recipient) at least one of three specific PBA representatives (Patrick Koenig, William Fleming, and Jim Jenkins) and at least one of three specific Frisbie Group representatives (Cody Crowell, David Frisbie, and Robert Frisbie Jr.).

- **On or before March 16, 2023**, Defendants PBAU and Frisbie Group shall produce all text messages sent between January 1, 2015, and August 1, 2020, that include (as a sender or recipient) at least one of three specific PBA representatives (Patrick Koenig, William Fleming, and Jim Jenkins) and at least one of three specific Frisbie Group representatives (Cody Crowell, David Frisbie, and Robert Frisbie Jr.).

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 14th day of February 2023.

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE