**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| TWO ROADS DEVELOPMENT LLC, TRILAR HOLDINGS LLC, and FLAGLER SOUTH DEVELOPMENT LLC<br><br>Plaintiffs,<br><br>v.<br><br>PALM BEACH ATLANTIC UNIVERSITY INC., FRISBIE GROUP LLC, and FH3 LLC, WILLIAM M.B. FLEMING, JR., PATRICK C. KOENIG, DAVID W. FRISBIE, ROBERT N. FRISBIE JR., and CODY S. CROWELL,<br><br>Defendants. | Case No.: 9:21-cv-82067 - AMC |

## NOTICE OF STRIKING DOCKET ENTRIES

Matthew Christ, Esq., counsel for Plaintiffs Two Roads Development LLC, Trilar Holdings LLC, and Flagler South Development LLC (all collectively, "Plaintiffs"), hereby files this Notice of Striking Docket Entries 103 and 104 (Notice/Stipulation of Substitution of Counsel) [DE 103 and DE 104] pursuant to the May 26, 2023 Clerk's Notice to Filer [DE 108]. Plaintiffs' Counsel requests that Docket Entries 103 and 104 be stricken and counsel will refile the proposed orders pursuant to CM/ECF Administrative Procedures and Local Rules.

Dated:  May 26, 2023                                      Respectfully submitted,

                                                      By: */s/ Matthew T. Christ*
Sean C. Domnick, Esquire
Matthew T. Christ, Esquire
**DOMNICK CUNNINGHAM & YAFFA**
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, FL 33410
Tel.: (561) 625-6260
Fax: (561) 625-6269
matthew@pbglaw.com
sean@pbglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system.  Participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

                                                      /s/ *Matthew Christ*
Matthew Christ, Esq.