UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:21-CV-82067-CIV (CANNON)

TWO ROADS DEVELOPMENT LLC,
TRILAR HOLDINGS LLC, and FLAGLER
SOUTH DEVELOPMENT LLC,

           Plaintiffs,

v.

PALM BEACH ATLANTIC UNIVERSITY
INC., FRISBIE GROUP LLC, FH3 LLC,
WILLIAM M.B. FLEMING, JR., PATRICK
C. KOENIG, DAVID W. FRISBIE,
ROBERT N. FRISBIE JR., and CODY S.
CROWELL,

           Defendants.

## JOINT MEDIATION REPORT

In accordance with this Court's Order Scheduling Mediation, ECF No. 120, the parties notify the Court that mediation of the above-styled case was conducted on Monday, July 10, 2023, at the office of Bilzin Sumberg, 1450 Brickell Avenue, 23rd Floor, Miami, Florida 33131. The mediation was held before Former Judge Michael Hanzman. Taylor Collins and Scott Maslin attended the mediation as representatives of all Plaintiffs, along with their counsel, Christopher J. Clark, Benjamin Butzin-Dozier, Sean C. Domnick, and Matthew T. Christ. David Frisbie, Suzanne T. Frisbie, Robert N. Frisbie, Jr., Cody S. Crowell, Dr. Debra A. Schwinn, William M.B. Fleming, and Patrick C. Koenig attended the mediation as representatives of all Defendants, along with their respective counsel, Eric M. George, John K. Shubin, Jamie L. Katz, Scott G. Hawkins, and Spencer S. Keyser. ***The case was settled in full***. The parties are in the process of executing relevant settlement documents and will file a notice of settlement in accordance with Local Rule 16.4.

Dated: July 14, 2023                                    Respectfully Submitted,

By /s/ *Sean C. Domnick*
 Sean C. Domnick
sean@pbglaw.com
Matthew T. Christ
matthew@pbglaw.com
**DOMNICK CUNNINGHAM & YAFFA**
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, FL 33410
Telephone: (561) 625-6260
*Counsel for Plaintiffs Two Roads Development LLC, Trilar Holdings LLC and Flagler South Development LLC*

/s/ *Christopher J. Clark*
Christopher J. Clark (*Admitted Pro Hac*)
clark@csvllp.com
Benjamin Butzin-Dozier (*Admitted Pro Hac*)
Benjamin.dozier@csvllp.com
**CLARK SMITH VILLAZOR LLP**
250 West 55th Street, 30th Floor
New York, NY 10019
Telephone: (212) 582-4400
*Counsel for Plaintiffs Two Roads Development LLC, Trilar Holdings LLC and Flagler South Development LLC*

AND

*/s/ John K. Shubin*
John K. Shubin, Esquire
Deana D. Falce, Esquire
Jamie L. Katz, Esquire
jshubin@shubinbass.com
dfalce@shubinbass.com
jkatz@shubinbass.com
**SHUBIN & BASS, P.A.**
150 West Flagler Street, Suite 1420
Miami, Florida 33130
Tel.: (305) 381-6060
Fax: (305) 381-9457

<u>DRAFT – PRIVILEGED & CONFIDENTIAL</u>
<u>ATTORNEY WORK PRODUCT</u>

*Counsel for Defendants Frisbie Group LLC, FH3 LLC, David W. Frisbie, Robert N. Frisbie, Jr., and Cody Crowell*


<u>/s/ Scott Hawkins</u>
Scott Hawkins
shawkins@jonesfoster.com
**JONES FOSTER P.A.**
505 South Flagler Drive, Suite 1100
West Palm Beach, Florida 33401
Tel.: (561) 659-3000
Fax: (561) 650-5300

*Counsel for Defendants Palm Beach Atlantic University Inc., William M.B. Fleming, Jr., and Patrick C. Koenig*

<u>/s/ Eric M. George</u>
Eric M. George (*Admitted Pro Hac*)
egeorge@egcfirm.com
Katherine A. Petti (*Admitted Pro Hac*)
kpetti@egcfirm.com
**ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**
2121 Avenue of the Stars, Suite 3000
Los Angeles, California 90067
Telephone (310) 274-7100

*Counsel for Defendants Palm Beach Atlantic University Inc., Frisbie Group LLC, FH3 LLC, William M.B. Fleming, Jr., Patrick C. Koenig, David W. Frisbie, Robert N. Frisbie, Jr., and Cody Crowell*

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all Counsel of Record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                   By: /s/ *Matthew Christ*
                      Matthew T. Christ

DRAFT – PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

## SERVICE LIST

| | |
|---|---|
| Scott G. Hawkins, Esquire<br>Spencer S. Keyser<br>**JONES FOSTER P.A.**<br>505 South Flagler Drive, Suite 1100<br>West Palm Beach, Florida 33401<br>Tel.: (561) 659-3000<br>Fax: (561) 650-5300<br>shawkins@jonesfoster.com<br><br>*Counsel for Defendants Palm Beach Atlantic University Inc., William M.B. Fleming, Jr., and Patrick C. Koenig*<br><br>Eric M. George (*pro hac vice*)<br>Keith J. Wesley (*pro hac vice*)<br>Serli Polatoglu (*pro hac vice*)<br>**ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90067<br>Tel.: (310) 274-7100<br>Fax: (310) 275-5697<br>egeorge@egcfirm.com<br>kwesley@egcfirm.com<br>rkeech@egcfirm.com<br>spolatoglu@egcfirm.com<br><br>*Counsel for Defendants Palm Beach Atlantic University Inc., Frisbie Group LLC, FH3 LLC, William M.B. Fleming, Jr., Patrick C. Koenig, David W. Frisbie, Robert N. Frisbie, Jr., and Cody Crowell* | Sean C. Domnick, Esquire<br>Matthew T. Christ, Esquire<br>**DOMNICK CUNNINGHAM & WHALEN**<br>2401 PGA Boulevard, Suite 140<br>Palm Beach Gardens, FL 33410<br>Tel.: (561) 625-6260<br>Fax: (561) 625-6269<br>mtc@dcwlaw.com<br>sean@dcwlaw.com<br><br>Christopher J. Clark (*pro hac vice*)<br>Jeffrey D. Rotenberg (*pro hac vice* forthcoming)<br>Benjamin A. Butzin-Dozier (*pro hac vice*)<br>**CLARK SMITH VILLAZOR LLP**<br>250 West 55th Street, Floor 30<br>New York, NY 10019<br>Tel.: (212) 582-4400<br>Fax: (347) 338-2532<br>clark@csvllp.com<br>jeffrey.rotenberg@csvllp.com<br>benjamin.dozier@csvllp.com<br><br>*Counsel for Plaintiffs Two Roads Development LLC, Trilar Holdings LLC and Flagler South Development LLC*<br><br>John K. Shubin, Esquire<br>Deana D. Falce, Esquire<br>Jamie L. Katz, Esquire<br>**SHUBIN & BASS, P.A.**<br>46 S.W. First Street, Third Floor<br>Miami, Florida 33130<br>Tel.: (305) 381-6060<br>Fax: (305) 381-9457<br>jshubin@shubinbass.com<br>dfalce@shubinbass.com<br>jkatz@shubinbass.com<br><br>*Counsel for Defendants Frisbie Group LLC, FH3 LLC, David W. Frisbie, Robert N. Frisbie, Jr., and Cody Crowell* |