**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**


TWO ROADS DEVELOPMENT LLC, TRILAR
HOLDINGS LLC, and FLAGLER SOUTH
DEVELOPMENT LLC,

     Plaintiffs,

vs.                                                                          CASE NO. 9:21-cv-82067-AMC/Reinhart

PALM BEACH ATLANTIC UNIVERSITY INC.,
FRISBIE GROUP LLC, FH3 LLC, WILLIAM
M.B. FLEMING, JR., PATRICK C. KOENIG,
DAVID W. FRISBIE, ROBERT N. FRISBIE JR.,
and CODY S. CROWELL,

     Defendants.

_____

**NOTICE OF SETTLEMENT AND**
**CONSENT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT**

Plaintiffs Two Roads Development LLC, Trilar Holdings LLC, and Flagler South

Development LLC ("Plaintiffs") and Defendants Palm Beach Atlantic University Inc., Frisbie

Group LLC, FH3 LLC, William M.B. Fleming, Jr., Patrick C. Koenig, David W. Frisbie, Robert

N. Frisbie Jr. and Cody S. Crowell ("Defendants") (collectively "the Parties"), by and through

undersigned counsel and pursuant to Local Rule 16.4 hereby notify the Court that the parties have

reached a settlement of this action in full and are in the process of executing relevant settlement

documents.

With the consent of all parties, Defendants respectfully request that the Court stay all

proceedings in this case until further order of the Court or until such time as Plaintiffs file a

dismissal of all claims with prejudice pursuant to Federal Rule of Procedure 41(a)(1)(A)(i).

Defendants request that this stay include, but not be limited to, a suspension of all discovery and

2

of the deadlines for filing further pleadings and cancellation of the hearing on Defendants' Motion

to Dismiss presently set for August 25, 2023 at 1:00 pm pursuant to ECF No. 123.

Defendants have conferred with Plaintiffs on this Motion and all parties consent to the

Motion.  The Court has the authority to issue the proposed Order, attached as Exhibit A, under

Rule 6(b) of the Federal Rules of Civil Procedure and under its inherent authority to manage its

docket.

Date:   <u>July 18, 2023</u>                          Respectfully Submitted,


<u>By /s/ *Sean C. Domnick*</u>
 Sean C. Domnick
sean@pbglaw.com
Matthew T. Christ
matthew@pbglaw.com
**DOMNICK CUNNINGHAM & YAFFA**
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, FL 33410
Telephone: (561) 625-6260
*Counsel for Plaintiffs Two Roads Development*
*LLC, Trilar Holdings LLC and Flagler South*
*Development LLC*


/s/ *Christopher J. Clark*
Christopher J. Clark (*Admitted Pro Hac*)
clark@csvllp.com
Benjamin Butzin-Dozier (*Admitted Pro Hac*)
Benjamin.dozier@csvllp.com
**CLARK SMITH VILLAZOR LLP**
250 West 55th Street, 30th Floor
New York, NY 10019
Telephone: (212) 582-4400
*Counsel for Plaintiffs Two Roads Development*
*LLC, Trilar Holdings LLC and Flagler South*
*Development LLC*


AND


*/s/ John K. Shubin*
John K. Shubin, Esquire
Deana D. Falce, Esquire
Jamie L. Katz, Esquire
jshubin@shubinbass.com
dfalce@shubinbass.com
jkatz@shubinbass.com
**SHUBIN & BASS, P.A.**
150 West Flagler Street, Suite 1420
Miami, Florida 33130
Tel.: (305) 381-6060
Fax: (305) 381-9457

*Counsel for Defendants Frisbie Group LLC, FH3 LLC, David W. Frisbie, Robert N. Frisbie, Jr., and Cody Crowell*

*/s/ Scott Hawkins*
Scott Hawkins
shawkins@jonesfoster.com
**JONES FOSTER P.A.**
505 South Flagler Drive, Suite 1100
West Palm Beach, Florida 33401
Tel.: (561) 659-3000
Fax: (561) 650-5300

*Counsel for Defendants Palm Beach Atlantic University Inc., William M.B. Fleming, Jr., and Patrick C. Koenig*

*/s/ Eric M. George*
Eric M. George (*Admitted Pro Hac)*
egeorge@egcfirm.com
Katherine A. Petti (*Admitted Pro Hac*)
kpetti@egcfirm.com
**ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**
2121 Avenue of the Stars, Suite 3000
Los Angeles, California 90067
Telephone (310) 274-7100

*Counsel for Defendants Palm Beach Atlantic University Inc., Frisbie Group LLC, FH3 LLC, William M.B. Fleming, Jr., Patrick C. Koenig, David W. Frisbie, Robert N. Frisbie, Jr., and Cody Crowell*

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2023 electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all Counsel of Record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

     /s John K. Shubin            
          John K. Shubin, Esq.

**SERVICE LIST**

Scott Hawkins, Esquire
Spencer Keyser, Esquire
**JONES FOSTER P.A.**
505 South Flagler Drive, Suite 1100
West Palm Beach, Florida 33401
Tel.: (561) 659-3000
Fax: (561) 650-5300
shawkins@jonesfoster.com
skeyser@jonesfoster.com

*Counsel for Defendants Palm Beach Atlantic
University Inc., William M.B. Fleming, Jr., and
Patrick C. Koenig*

Eric M. George (*pro hac vice*)
Katherine Petti (*pro hac vice*)
**ELLIS GEORGE CIPOLLONE O'BRIEN
ANNAGUEY LLP**
2121 Avenue of the Stars, 30th Floor
Los Angeles, CA 90067
Tel.: (310) 274-7100
Fax: (310) 275-5697
egeorge@egcfirm.com
kpetti@egcfirm.com

*Counsel for Defendants Palm Beach Atlantic
University Inc., Frisbie Group LLC, FH3 LLC,
William M.B. Fleming, Jr., Patrick C. Koenig,
David W. Frisbie, Robert N. Frisbie, Jr., and
Cody Crowell*

Sean C. Domnick, Esquire
Matthew T. Christ, Esquire
**DOMNICK CUNNINGHAM & YAFFA**
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, FL 33410
Tel.: (561) 625-6260
Fax: (561) 625-6269
mtc@pbglaw.com
sean@pbglaw.com

Christopher J. Clark (*pro hac vice*)
Benjamin Butzin-Dozier (*pro hac vice*)
**CLARK SMITH VILLAZOR LLP**
250 West 55th Street, 30th Floor
New York, NY 10019
Tel.: (212) 582-4400
clark@csvllp.com
Benjamin.dozier@csvllp.com

*Counsel for Plaintiffs Two Roads
Development LLC, Trilar Holdings LLC
and Flagler South Development LLC*

John K. Shubin, Esquire
Deana D. Falce, Esquire
Jamie L. Katz, Esquire
**SHUBIN & BASS, P.A.**
150 West Flagler Street, Suite 1420
Miami, Florida 33130
Tel.: (305) 381-6060
Fax: (305) 381-9457
jshubin@shubinbass.com
dfalce@shubinbass.com
jkatz@shubinbass.com

*Counsel for Defendants Frisbie Group LLC,
FH3 LLC, David W. Frisbie, Robert N.
Frisbie, Jr., and Cody Crowell*

6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

TWO ROADS DEVELOPMENT LLC, TRILAR
HOLDINGS LLC, and FLAGLER SOUTH
DEVELOPMENT LLC,

     Plaintiffs,

vs.                                        CASE NO. 9:21-cv-82067-AMC/Reinhart

PALM BEACH ATLANTIC UNIVERSITY INC.,
FRISBIE GROUP LLC, FH3 LLC, WILLIAM
M.B. FLEMING, JR., PATRICK C. KOENIG,
DAVID W. FRISBIE, ROBERT N. FRISBIE JR.,
and CODY S. CROWELL,

     Defendants.

---

**[PROPOSED] ORDER ON NOTICE OF SETTLEMENT AND**
**CONSENT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT**

THIS CAUSE came before the Court on the Notice of Settlement and Consent Motion to Stay Proceedings Pending Settlement filed on July 17, 2023, whereby the Parties advised the Court that they reached an agreement to settle all of the claims at issue in this action.  The Parties further state that they are working to finalize settlement documentation.  Therefore, the Consent Motion to Stay Proceedings is hereby **GRANTED** and all proceedings and deadlines in this action are stayed until November 1, 2023, or further order of this Court or until such time as Plaintiffs file a dismissal of all claims with prejudice pursuant to Federal Rule of Procedure 41(a)(1)(A)(i) and the hearing on Defendants' Motion to Dismiss presently set for August 25, 2023 at 1:00 pm pursuant to ECF No. 123 is hereby cancelled.

IT IS SO ORDERED by the Court, this _____ day of _____, 2023.

                                            _____
                                            United States District Judge