UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:21-CV-82067-CIV (CANNON)

TWO ROADS DEVELOPMENT LLC,
TRILAR HOLDINGS LLC, and FLAGLER
SOUTH DEVELOPMENT LLC,

    Plaintiffs,

v.

PALM BEACH ATLANTIC UNIVERSITY
INC., FRISBIE GROUP LLC, FH3 LLC,
WILLIAM M.B. FLEMING, JR., PATRICK
C. KOENIG, DAVID W. FRISBIE,
ROBERT N. FRISBIE JR., and CODY S.
CROWELL,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties: (1) Two Roads Development LLC, Trilar Holdings LLC, and Flagler South Development LLC ("Plaintiffs"); and (2) Palm Beach Atlantic University Inc., Frisbie Group LLC, FH3 LLC, William M.B. Fleming, Jr., Patrick C. Koenig, David W. Frisbie, Robert N. Frisbie Jr., and Cody S. Crowell ("Defendants") hereby stipulate that, in view of Court Ordered Mediation and the resulting settlement, all claims and counterclaims in the above-captioned action are withdrawn and dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41. The Parties also hereby withdraw all pending motions and requests submitted in this action.

Dated: October 12, 2023                                   Respectfully submitted,

                                                        */s/ Jamie L. Katz*
John K. Shubin, Esquire
Deana D. Falce, Esquire
Jamie L. Katz, Esquire
jshubin@shubinbass.com
dfalce@shubinbass.com
jkatz@shubinbass.com
**SHUBIN & BASS, P.A.**
150 West Flagler Street, Suite 1420
Miami, Florida 33130
Tel.: (305) 381-6060
Fax: (305) 381-9457

*Counsel for Defendants Frisbie Group LLC, FH3 LLC, David W. Frisbie, Robert N. Frisbie, Jr., and Cody Crowell*


By: */s/ Scott Hawkins*
Scott Hawkins
shawkins@jonesfoster.com
**JONES FOSTER P.A.**
505 South Flagler Drive, Suite 1100
West Palm Beach, Florida 33401
Tel.: (561) 659-3000
Fax: (561) 650-5300

*Counsel for Defendants Palm Beach Atlantic University Inc., William M.B. Fleming, Jr., and Patrick C. Koenig*

By: /s/ Eric M. George
Eric M. George (*Admitted Pro Hac*)
egeorge@egcfirm.com
**ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone (310) 274-7100

*Counsel for Defendants Palm Beach Atlantic University Inc., Frisbie Group LLC, FH3 LLC, William M.B. Fleming, Jr., Patrick C. Koenig, David W. Frisbie, Robert N. Frisbie, Jr., and Cody Crowell*

By: /s/ Matthew T. Christ
Sean C. Domnick, Esquire
Matthew T. Christ, Esquire
**DOMNICK CUNNINGHAM & YAFFA**
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, FL 33410
Tel.: (561) 625-6260
Fax: (561) 625-6269
sean@pbglaw.com
mtc@pbglaw.com

By: /s/ Benjamin A. Butzin-Dozier
Christopher J. Clark (*pro hac vice*)
Benjamin A. Butzin-Dozier (*pro hac vice*)
**CLARK SMITH VILLAZOR LLP**
250 West 55th Street, Floor 30
New York, NY 10019
Tel.: (212) 582-4400
Fax: (347) 338-2532
clark@csvllp.com
benjamin.dozier@csvllp.com

*Counsel for Plaintiffs Two Roads Development LLC, Trilar Holdings LLC and Flagler South Development LLC*

**CERTIFICATE OF SERVICE**

I certify that on October 12, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

/s/ *Matthew T. Christ*
Matthew T. Christ